**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS**

UNITED STATES OF AMERICA                                              PLAINTIFF

v.                                    NO. 4:06CR00164-01 GTE

SHUNTE FERRELL                                                        DEFENDANT

## MODIFICATION OF CONDITIONS OF PROBATION

Pending before the Court is the Government's Motion to Revoke Probation filed January 21, 2009 and the Supplemental Motion filed January 28, 2009.

Hearing was held on February 11, 2009, and after the evidence was presented the Court DENIES the Motion to Revoke Probation.  However, the Court modifies the conditions of the Defendant, Shunte Ferrell's Probation to include SIX (6) MONTHS of Home Detention with Electronic Monitoring.  All other conditions previously ordered remain in full force and effect.

IT IS THEREFORE ORDERED that the Defendant's conditions of probation are hereby modified to include SIX (6) MONTHS of Home Detention with Electronic Monitoring.

Dated this 11th day of February, 2009.

_/s/Garnett Thomas Eisele_____
UNITED STATES DISTRICT JUDGE